WILLIAM EBLING et al., Appellants, *v.* FRANCIS J.
NEKARDA et al., Defendants, and MENDEL PRESS-
BERGER, Respondent.

*Ebling* v. *Pressberger,* 171 App. Div. 947, affirmed.

(Argued October 28, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 7, 1916, affirming a judgment in favor
of defendant, respondent, entered upon a dismissal of the
complaint as to him by the court on trial at Special Term.
This action was brought by the plaintiffs, as minority
stockholders of the Home Alliance Realty Company,
one of the defendants, to recover, upon its behalf, the
sum of $14,000, from which it was alleged the corpora-
tion was divested, through a conspiracy conceived and
executed by the defendants Nekarda and Orbach, and
in which conspiracy the defendants Pressberger and
Tenner were aiders and abettors. It was alleged that
the defendant Pressberger was under contract to purchase
a tract of land situated at Valley Stream, L. I., comprising
about seventy-six acres; that he employed one Edlich
to sell his contract to purchase, and that Edlich, in
turn, employed the defendant Tenner as a subagent;
that Nekarda and Orbach, who were the promoters and
officers of the defendant Home Alliance Realty Com-
pany and bore the relation of trust to it, entered into a
conspiracy with Tenner and Pressberger by which the
selling price of the land which was purchased through
the efforts of Orbach and Nekarda by the Home Alliance
Realty Company was fixed at $1,200 an acre, although
Pressberger was willing to sell at $1,000 an acre, and the
difference, amounting to $14,000, was paid to Nekarda
by Pressberger for division among Orbach, Tenner and
Nekarda.

*William E. Cook, Henry A. Petersen* and *Joseph H.
Kohan* for appellants.

*Clayton J. Heermance* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, CARDOZO and POUND, JJ.   Absent: ANDREWS, J.